NEVADA ENTERTAINMENT INDUSTRIES, INC., a Nevada Corporation; Daniel Bishop, Plaintiffs–Appellants–Cross–Appellees,

v.

CITY OF HENDERSON, a Nevada Municipal Corporation; James Goff, Chief of Police and the City of Henderson, Defendants–Appellees–Cross–Appellants.

Nos. 92–17054, 93–15052.

United States Court of Appeals,
Ninth Circuit.

April 7, 1994.

Before: BROWNING and CANBY, Circuit Judges, and KELLEHER,* Senior District Judge.

**ORDER**

The petition for rehearing is granted. The opinion reported at 8 F.3d 1348 (9th Cir. 1993) is withdrawn.